UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Alberto Martinez et al. | § | |
| | § | |
| Plaintiffs, | § | NO: AU:23-CV-01574-DAE |
| vs. | § | |
| | § | |
| University of Texas at Austin, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING MOTIONS HEARING

It is hereby ORDERED that the above entitled and numbered case is set for a **in person** hearing on the pending MOTION to Dismiss, Opposed MOTION to Strike and  MOTION for Leave (Dkt no. 17, 20 & 29) before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, January 07, 2025 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas November 22, 2024.


_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE