UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Alberto Martinez, et al. | § § | |
| Plaintiffs, | § | NO:  AU:23-CV-01574-DAE |
| vs. | § § | |
| University of Texas at Austin, et al | § § § | |
| Defendants, | § | |

### ORDER SETTING MEDIATION CONFERENCE

It is hereby ORDERED  that the above entitled and numbered case is set for a MEDIATION CONFERENCE before Senior United States District Judge David A. Ezra in Courtroom 2, on **Wednesday, April 09, 2025 at 09:00 AM**.   **Lead counsel and parties with full and complete settlement authority are required to personally attend the conference.  Having a client with authority available by telephone is not an acceptable alternative, except under the most extenuating circumstances.**

It is further ORDERED that parties shall submit confidential statements of their settlement authority and each side's synopsis of what they believe to be the relevant facts no later than **2:00 PM, Friday, April 4, 2025**.  These statements are <u>**not**</u> to be filed or divulged to anyone. **Do not file copies of the letters with the**

**Clerk.** They should be submitted by email to this Court's Courtroom Deputy at

*priscilla_springs@txwd.uscourts.gov*

IT IS SO ORDERED.

DATED: Austin, Texas, January 27, 2025.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE