UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Alberto Martinez, et al. § <br> § <br> Plaintiffs, § <br> vs. § <br> § <br> University of Texas at Austin, et al § <br> § <br> Defendants. § | NO: AU:23-CV-01574-DAE |

## ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a **in person** STATUS CONFERENCE before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, October 09, 2025 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas April 10, 2025.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE